IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


**JOSEPH P. PACHECO,**

        **Plaintiff,**

    v.                     CASE NO.  08-3070-SAC

**JOAN WAGNON,**
**et al.,**

        **Defendants.**

### O R D E R

On March 19, 2008, this court entered an Order in this civil rights action giving plaintiff thirty (30) days to show cause why this action should not be dismissed for the reasons stated in that Order. The time for response has expired, and no response has been filed by plaintiff. The court concludes this action should be dismissed for failure to respond to the court's prior Order and to show cause why this action should not be dismissed.

**IT IS THEREFORE ORDERED** that this action is dismissed, without prejudice, for the reasons stated in the court's Order dated March 19, 2008, and on account of plaintiff's failure to respond to that Order.

**IT IS SO ORDERED**.

Dated this 29th day of April, 2008, at Topeka, Kansas.


                                              s/Sam A. Crow
                                            U. S. Senior District Judge